[No. 51191-2-I.   Division One.   September 8, 2003.]

ELIZABETH O. WEBER, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Defendant*, UNITED AIRLINES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-31061-5, Helen Halpert, J., entered October 2, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Grosse, JJ.

[No. 51244-7-I.   Division One.   September 8, 2003.]

ROBERT C. MESSER, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 01-2-01055-0, Michael E. Rickert, J., entered September 24, 2002. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Appelwick, JJ. Now published at 118 Wn. App. 635.

[No. 51283-8-I.   Division One.   September 8, 2003.]

SINGER ASSET FINANCE COMPANY, L.L.C., *Respondent*, v. JONATHAN M. MCCLAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-07179-3, Joseph A. Thibodeau, J., entered October 2, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51639-6-I.   Division One.   September 8, 2003.]

THE CITY OF SNOHOMISH, *Respondent*, v. SEATTLE-SNOHOMISH MILL CO., INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-06022-4, David F. Hulbert, J., entered January 6, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Appelwick, JJ.